Michael P. Harris
Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206) 622-7434

THE HONORABLE PAUL SNYDER
Chapter 11
Hearing Date: October 29, 2014
Hearing Time: 9:30 a.m.
Hearing Place: 1717 Pacific Ave., #2100, Rm H, Tacoma
Responses Due: October 28, 2014 at Noon

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

  Holley Moulding, Inc.,

                Debtor(s).

No. 14-45615

NOTICE OF HEARING AND
MOTION TO SHORTEN TIME

## NOTICE OF HEARING

Please take notice that the debtor's motion to shorten time for hearing of its motion to Compel Turnover of Estate Property shall be heard on October 29, 2014, at 9:30 a.m. before the Honorable PAUL SNYDER at 1717 Pacific Ave., #2100, Rm H, Tacoma, Washington. Any party objecting to the requested relief shall file their objection no later than October 28, 2014 at Noon and shall appear at the hearing and state their objection. In absence of a timely objection, the undersigned may present an Order granting the requested relief prior to the date of the hearing.

NOTICE OF HEARING AND MOTION TO SHORTEN
TIME - 1

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

**MOTION TO SHORTEN TIME FOR HEARING**
**OF TURNOVER MOTION**

COMES NOW the debtors in possession, Holley Moulding, Inc., and New Zealand Forest Products USA, LLC, by their attorney Michael Harris, and hereby move for an Order shorting time for notice of their motion to compel turnover. In support of this motion, the debtors state as follows:

1. These debtors filed for relief under Chapter 11 of the Bankruptcy Code on October 20, 2014. A receiver, F. John Stark, III, was in possession of property of both estates. After request, he has not turned over the property.

2. The debtors are suffering considerable financial damage by the delay caused by the Receiver. Shortening time of their motion to turn over estate property is proper under these circumstances.

3. The debtors request that their motions be heard on October 29, 2014 at 9:30 am, with notice to be given on October 23, 2014 by electronic mail to the Receiver and his state court attorney, with notice followed up by U.S. mail sent that same day.

4. The Receiver does not consent to shortening time and states he is retaining local counsel. The US Trustee and Concepts Financial, the factoring company, have consented to shortened time.

NOTICE OF HEARING AND MOTION TO SHORTEN
TIME - 2

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434

1        WHEREFORE the debtors pray for an Order shortening time for notice of their motions

2    for Turnover of Estate Property as described above.  A proposed order is attached.

3    Dated October 23, 2014.

4

5            /s/Michael P. Harris    
             Michael P. Harris,

6            Attorney at Law
             WSBA#13506

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF HEARING AND MOTION TO SHORTEN
TIME - 3

Michael P. Harris, Attorney at Law
2125 Fifth Avenue
Seattle, WA 98121
(206)622-7434